# United States District Court
# District of Massachusetts

CHARLES B. PRICE,
Petitioner,

v.   CIVIL ACTION NO. 2013-11550-PBS

LISA MITCHELL,
Respondent.

## REPORT AND RECOMMENDATION ON RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED (#28)

COLLINGS, U.S.M.J.

In 1979, Charles B. Price ("Price"), upon pleas of guilty, was convicted of second degree murder and armed assault with intent to rob. Thus, in order to be timely, a petition pursuant to 28 U.S.C. § 2254 had to be filed prior to April 24, 1997, which is one year after the passage of the Antiterrorism and

[handwritten margin note: 4/1/14 After review of the report and recommendation and petitioner's and my objection, I adopt the recommendation and dismiss the petition as time-barred. (signature) Patti B. Saris]